UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 16-2135 R (JCG) | Date | February 28, 2017 |
|---|---|---|---|
| Title | Robert Bentley v. Lorenza Hilliard, et al. | | |

| Present: The Honorable | Jay C. Gandhi, United States Magistrate Judge | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendants:

None Appearing          None Appearing

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

On October 7, 2016, plaintiff Robert Bentley ("Plaintiff"), who is proceeding *pro se*, lodged a civil rights complaint ("Complaint") pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). [Dkt. No. 1.] On January 25, 2017, the Court screened the Complaint, and found it wanting in several respects. [*See* Dkt. No. 6.] Accordingly, the Court dismissed the Complaint but granted Plaintiff leave to amend within thirty days. [*Id.* at 3.] As of today's date, Plaintiff has yet to file a First Amended Complaint.

Accordingly, within **fourteen (14) days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. If Plaintiff files his First Amended Complaint within **fourteen (14) days** of the date of this Order, he need not separately respond to this Order to Show Cause.

**Plaintiff is expressly warned that his failure to timely file a response will be deemed by the Court as consent to the dismissal of this action without prejudice.**

IT IS SO ORDERED.

cc: Parties of Record

                                        00 : 00
                              Initials of Clerk      kh