UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERT BENTLEY, | No. ED CV 16-2135-R (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LORENZA HILLIARD, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that this action is dismissed without leave to amend, but without prejudice, for lack of subject matter jurisdiction.

DATED: June 12, 2018

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE